M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 OCT -4 A 10: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Danny Ray Hansel
Full name and prison name of Plaintiff(s) )

v. )

CIVIL ACTION NO. 1:07cv892-WKW
(To be supplied by Clerk of U.S. District Court)

Houston County Jail
Keith Reed, et al
Commander

Name of person(s) who violated your constitutional rights. (List the names of all the person.) )

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county)

N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Houston County Jail, 901 E. Main Street Dothan, AL 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED SAME ABOVE

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| | Jail Commander | |
| 1. | Keith Reed et al | 901 E Main Street Dothan, AL 362[illegible] |
| 2. | Houston County Jail Medical Staff as follows' | |
| 3. | Jason Smoake, | 901 E. Main Street Dothan |
| 4. | ASHLEY Kennedy | 901 E. Main Street Dothan |
| 5. | Gail MeDINIGAR | " " " " " |
| 6. | OfficeR Smith | " " " " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED September 6, 2007,

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was injury here in the County Jail (I fell recived a broken arm) and are Made to Pay all My Medical bills and Other expenses...

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or about September 6, 2007 at 05:30 AM we were lined up for breakfast, Some Water had been Spill on floor, I Slip and fell My feet Came from under Me, I fell on My back, hit My head and broke My on the Concrete Had to have Surgery, broke My arm in Two places

GROUND TWO:

SUPPORTING FACTS: Medical Records May be Supoena from South East Medical Center, Southern Bones and Joints from Flowers hospitals. Also, I have Affidavits of Witnesses that already sworn and witnesses who saw the accidents when it happen.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Court to award Me $500.000 dollars for future Medical Reports and follow ups, Examination and future Damages Head future, other pending Doctor's Exams.

[signature]
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2007.
(Date)

Alice Beverly Reynolds

[signature]
Signature of plaintiff(s)

My Commission
Expires 02-02-2010



Danny R. Hansel
36566 M-POD
901 E. Main Street
Dothan, AL 36301
Inmate Mail
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41
02 1M
0004237211 OCT 03 2007
MAILED FROM ZIPCODE 36303
THE UNITED States District Court
The United States District Clerk
P.O. BOX 711
Montgomery, AL. 36101-0711
LEGAL MAIL
36101+0711-11 B007