IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DANNY RAY HANSEL             *

    Plaintiff,             *

        v.                    *       1:07-CV-892-WKW
                                         (WO)

HOUSTON COUNTY JAIL, *et al*.,   *

    Defendants.            *

_____

**O R D E R**

This case is presently pending before the court on a complaint filed by Danny Hansel, an inmate incarcerated in the Houston County Jail. A thorough review of this complaint indicates that although Plaintiff lists six defendants in this cause of action, including Jail Commander Keith Reed, Jason Smoeke, Ashley Kennedy, Gail Medinigar, and Officer Smith, the complaint consists merely of general conclusions of constitutional violations and fails to identify factual allegations material to specific counts lodged against the named defendants with respect to any violations of Plaintiff's constitutional rights.

"This type of pleading completely disregards Rule 10(b)'s requirement that discrete claims should be plead in separate counts, *see Anderson v. Dist. Bd. of Tr.*, 77 F.3d 364-366-67 (11th Cir. 1996), and is the type of complaint that [has been] criticized time and again." *Magluta v. Samples*, 256 F.3d 1282, 1284 (11th Cir. 2001). Accordingly, the court deems it appropriate to require Plaintiff to amend his complaint to re-plead a complaint that respects

the requirements of Rule 8, F.R.Civ.P., and the heightened pleading requirement for such cases as well as to correct the deficiencies noted herein.

Accordingly, it is

ORDERED that on or before **October 23, 2007** Plaintiff shall file an amended complaint on a form for use in filing a 42 U.S.C. § 1983 complaint. *See* Local Rule 9.1 (requiring *pro se* litigants to utilize court's forms). *The amended complaint filed in compliance with this order shall supersede the original complaint.* This means that Plaintiff shall no longer rely on the original complaint and this case will proceed only on those claims raised and against those defendants named in the amended complaint filed in accordance with the order.

It is further

ORDERED that on or before **October 23, 2007** Plaintiff shall file a complaint which:

1. Presents specific claims relative to ***actions taken against him*** by properly identified defendants and lists these claims in separate counts;

2. Asserts with clarity those factual allegations that are material to each specific count against the named defendant(s);

3. Describes how each named defendant violated ***his*** constitutional rights; and

4. States the precise relief he seeks from this court.

Plaintiff is hereby advised that the amendment to his complaint must set forth short and plain statements showing why he is entitled to relief and be specific enough to put each defendant on notice of how their conduct allegedly violated Plaintiffs' constitutional rights

and should contain only claims relative to actions taken against him by the named defendants. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. Plaintiff is further advised that his failure to timely and properly comply with the directives contained in this order will result in a Recommendation that this action be dismissed.

The Clerk is DIRECTED to send Plaintiff a form for use in filing a complaint under 42 U.S.C. § 1983 to assist him in complying with the directives contained herein.

Done, this 9th day of October 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE