IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY RAY HANSEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSTON COUNTY JAIL, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:07-CV-892-WKW<br>(WO) |

## ORDER

On October 31, 2007, the Magistrate Judge filed a Recommendation (Doc. # 5) in this case. The plaintiff did not file an objection. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 5) of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for plaintiff's failure to prosecute this action and comply with the order of this court.

An appropriate judgment will be entered.

DONE this 27th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE